**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MAOHUA ZHAO,<br><br>    Plaintiff,<br><br> v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No. 23-cv-14172 |

## **EXHIBIT 1 – SEALED DOCUMENT**

  This document (the asserted patent in this action) is being filed under seal to prevent its public disclosure. A corresponding motion is being filed herewith to seal the asserted patent, and also to seal any associated patent report to the United States Patent and Trademark Office to prevent a public docket entry disclosing the asserted patent. A full version of Exhibit 1 will be filed separately under seal and will remain under seal until further order of this Court.