**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MAOHUA ZHAO,<br><br>           Plaintiff,<br><br>   v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>           Defendants. | Case No. 23-cv-14172 |

**EXHIBIT 2 – SEALED DOCUMENT**

      This document is being filed under seal with a motion for leave to file documents under seal. A full version of Exhibit 2 will be filed separately under seal and will remain under seal until further order of this Court.